## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FINIS A. CROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1756 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

On July 31, 2014, the court ordered Finis A. Cross, the plaintiff, to file an amended complaint by August 8, 2014 if he desired to do so. The court permitted Wells Fargo to reassert its pending motion for summary judgment after August 11, 2014. No amended complaint was filed and, on August 13, 2014, Wells Fargo moved to reassert its motion for summary judgment.

Wells Fargo's motion to reassert its motion for summary judgment is granted. (Docket Entry No. 36). The court will rule on the motion after September 5, 2014. If Cross wishes to respond to that motion, he must do so before that date.

SIGNED on August 15, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge