# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FINIS A. CROSS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1756 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court cancels the August 22, 2014 joint pretrial order deadline and resets the September 5, 2014 docket call as a status conference. The court will reset the pretrial order deadline and docket call after ruling on the pending motion for summary judgment if necessary.

SIGNED on August 18, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge