IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FINIS A. CROSS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1756 |
| § | |
| WELLS FARGO BANK, N.A., § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

For the reasons stated in Wells Fargo Bank, N.A.'s Motion for Summary Judgment filed April 15, 2014, and this court's Findings of Fact and Conclusions of Law, the court enters final judgment against Finis A. Cross and dismisses his claims, with prejudice.

SIGNED on September 30, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge